

**NUMBERS 13-17-00250-CR AND 13-17-00215-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RONALD DOUGLAS NEVELS,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On Appeal from the 319th District Court of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Contreras and Benavides Order Per Curiam

Appellant's briefs were originally due on August 24, 2017. This Court has previously granted appellant two extensions of time to file the briefs, with the briefs being due on December 4, 2017. On December 6, 2017, the Clerk of the Court notified appellant's counsel that the briefs had not been filed and requested a response

concerning the failure to file the briefs within ten days. Counsel has nevertheless failed to file either a response or appellate briefs in these matters.

Accordingly, we now ABATE this appeal and REMAND these causes to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeals; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeals, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in these appeals. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental

2

reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish
Tex. R. App. P. 47.2(b)

Delivered and filed the
12th day of January, 2018.